AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| DEVON S. STEVENSON | Case No.   12-PO-00028-GPG |
|  | USM No. |
|  | _____ |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR2.31(a)(3) | Vandalism (Graffiti) | 03/19/2012 | 1 |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** |  | **Fine** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ | 200.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   5599

Defendant's Year of Birth:   1993

City and State of Defendant's Residence:
Grand Junction, CO

10/16/2012
Date of Imposition of Judgment

_/s/_
Signature of Judge

Gordon P. Gallagher         U.S. Magistrate Judge
Name and Title of Judge

10/16/2012
Date